UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENZIGN LICENSING, LLC, a New York company<br><br>Plaintiff,<br><br>v.<br><br>EVOLVED FOOTWEAR, a Missouri sole proprietorship,<br><br>Defendant. | Case No.:  20-cv-1437 JLS (AGS)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH ORDER TO SHOW CAUSE** |

On April 8, 2021, the Court issued an Order ("Order," ECF No. 6) ordering Plaintiff Jenzign Licensing, LLC to show cause why this action should not be dismissed for failure to prosecute.  The Court ordered Plaintiff to file either "(1) proof that service of the summons and complaint was timely effectuated or (2) a declaration under penalty of perjury showing good cause for failure to timely effect service upon Defendant accompanied by a motion for leave to service process outside of the 90 day period." Order at 2.  The Court warned that failure to comply with the Order within thirty (30) days will result in dismissal of this action without prejudice.  *Id.*  Although more than thirty days have elapsed since the electronic docketing of the Order, Plaintiff has failed to comply with the Order.  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action for

failure to prosecute and failure to comply with the Order. The Clerk of the Court **SHALL CLOSE** the file.

     **IT IS SO ORDERED.**

Dated: May 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge